IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN J. MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-13-150-M |
| ) | |
| JOE LESTER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 19, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983, alleging various violations of plaintiff's constitutional rights. The Magistrate Judge recommended that this action be dismissed without prejudice to re-filing pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff was advised of his right to object to the Report and Recommendation by December 6, 2013. A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 10] issued by the Magistrate Judge on November 19, 2013, and

(2) DISMISSES this action without prejudice to re-filing.

**IT IS SO ORDERED this 17th day of December, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE